UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF Y&S MARINE, INC., AS OWNER AND OPERATOR OF M/V SUN FIGHTER, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>No. 10-2094<br><br>Section "E" |

**ORDER**

**IT IS ORDERED** that in light of the Court's entry of partial final judgment under Federal Rule of Civil Procedure 54(b), and considering the interests of justice and the promotion of judicial economy, all proceedings in this case are stayed for 30 days or until the mandate issues in any appeal taken from the Court's entry of partial final judgment, whichever is longer.

**IT IS FURTHER ORDERED** that in light of the substantially changed posture of the case, all outstanding motions are **DENIED WITHOUT PREJUDICE** to being re-filed after the stay is lifted.

New Orleans, Louisiana, this 16th day of August, 2013.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE